### THURMAN *v.* THURMAN.

EVANS, P. J. The judge did not abuse his discretion in allowing temporary alimony to the wife, and counsel fees, pending the trial of the divorce suit.

*Judgment affirmed. All the Justices concur, except Beck, J., absent.*

NOVEMBER 13, 1915.

Temporary alimony. Before Judge Ellis, Fulton superior court. March 1, 1915.

*Frank L. Neufville,* for plaintiff in error.

*Moore & Branch* and *Paul L. Bartlett,* contra.